UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARLON JADERRICK WHITE, JR.                                        PETITIONER

V.                                        CIVIL ACTION NO. 3:24-CV-779-KHJ-MTP

STATE OF MISSISSIPPI                                               RESPONDENT

CERTIFICATE OF APPEALABILITY - DENIED

Since a final order adverse to the applicant has been filed in this habeas corpus case arising out of process issued by a state court, this Court—considering the record in the case and the requirements of 28 U.S.C. § 2253, Federal Rule of Appellate Procedure 22(b), and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts—finds that a Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

THIS 16th day of May, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE